UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


**UNITED STATES OF AMERICA**

v.                              CRIMINAL ACTION NO. 2:17-00110

**TURNER CONNOLLY**


<u>PROBATION REVOCATION AND JUDGMENT ORDER</u>
<u>MEMORANDUM OPINION AND ORDER</u>

On June 25, 2018, the United States of America appeared by Emily J. Wasserman, Assistant United States Attorney, and the defendant, Turner Connolly, appeared in person and by his counsel, Michael D. Payne, for a hearing on the petition seeking revocation of probation submitted by United States Probation Officer M. Dylan Shaffer.  The defendant commenced a three-year term of probation in this action on February 8, 2018, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on February 15, 2018.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of probation in the following respects:  (1) the defendant used and possessed controlled substances as evidenced by a positive urine specimen submitted by him on March 21, 2018, for morphine, the defendant having admitted to the probation officer on March 28, 2018, that he had used heroin; a positive urine specimen submitted by him on April 1, 2018, for morphine, the defendant having admitted to the probation officer that he had used heroin; the defendant's admission to the probation officer on April 20, 2018, that he had used heroin on April 16, 2018; and his admission to the probation officer on April 25, 2018, that he had used heroin on April 20, 2018, at which time he overdosed on the drug and was transported by emergency medical services to the hospital; (2) the defendant failed to abide by the condition that he not use any method or device to evade a drug screen inasmuch as on April 18, 2018, he was observed by Dismas Charities staff attempting to use an unknown liquid in a medication bottle as his urine specimen; and (3) the defendant failed to abide by the special condition that he spend a period of six months in a community confinement center inasmuch as he entered Dismas Charities on March 21, 2018, and was discharged

on April 20, 2018, after failing to abide by the rules and regulations of the facility; all as admitted by the defendant on the record of the hearing and all as set forth in the petition seeking revocation of probation.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of probation and, further, that it would unduly depreciate the seriousness of the violations if probation were not revoked, it is ORDERED that the probation previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of **THREE (3) MONTHS**, to be followed by a term of three (3) years of supervised release upon the standard conditions of supervised release now in effect in this district as promulgated by the Administrative Office of the United States Courts (National Form AO 245B), the standard conditions as set forth in Local Rule

32.3 and the special condition that he participate in and successfully complete the 9 to 12 month residential drug treatment program at Recovery Point or, if unavailable, a comparable program to be designated by the probation officer, where he shall follow the rules and regulations of the facility, and participate in drug abuse counseling and treatment as directed by the probation officer.  The defendant shall report directly, without interruption, from his place of incarceration to the designated facility.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED:  June 26, 2018

John T. Copenhaver, Jr.
United States District Judge

4